UNITED STATES *v.* NORMA-HOFFMAN BEARINGS CORP.

No. 5905.—Invoice dated Chelmsford-Essex, England, September 1942.
Entered at Bridgeport, Conn., October 23, 1942.
Entry No. 39.

(Decided July 16, 1943)

*Paul P. Rao,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the plaintiff.
Defendant not represented by counsel.

LAWRENCE, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation entered into by the respective parties hereto:

STIPULATION

(1) It is hereby stipulated and agreed by and between the undersigned, subject to the approval of the court, that the market value or the price at the time of exportation of the items listed below, at which such or similar merchandise was freely offered for sale for home consumption to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, including the cost of all containers and coverings of whatever nature, and all other costs, charges, and expenses incident to placing the merchandise in condition, packed ready for shipment to the United States, is as follows:

| Item No. | Price, British sterling | Trade discount | Cash discount |
|---|---|---|---|
| XLS 7¾ | 214/– | 45% | 2½% |
| XLS 15 | 1000/– | 37½% | 2½% |
| MZ 7 | 600/– | 32½% | 2½% |
| MZ 4½ | 188/6 | 37½% | 2½% |
| M 2¼ | 54/6 | 40/2½% | 2½% |
| R 555 LL | 75/3 | 45% | 2½% |
| R 575 LL | 156/6 | 45% | 2½% |
| XW 8½ | 167/– | 35% | 2½% |
| W 9 | 433/3 | 30% | 2½% |
| W 2⅝ | 23/9 | 52½% | 2½% |
| W 2⅞ | 27/9 | 52½% | 2½% |
| LS 29 | 617/3 | 30% | 2½% |
| LS 30 | 724/9 | 30% | 2½% |
| LS 27½ | 449/– | 30% | 2½% |
| XLS 17 | 1400/– | 35% | 2½% |

All items less charges on invoice marked (X), packed.

(2) It is further stipulated and agreed that the entered and appraised value of each of the following items is the foreign value thereof, as defined in Section 402 (c) of the Tariff Act of 1930:

W 1⅛ Spec. Selected Bearings
X W 4 " " "
M W 2 " " "
W 1¾ " " "

W 1⅝ Spec. Selected Bearings
112 CD Bearings
LTW 15 Bearings less sleeve, nut, distance piece and end covers
125 CD Bearings
W 1161 Special made bearings
H 656       "       "       "
L 566       "       "       "
NR 35 Bearings with special 2 m/m radius on OD ³⁄₃₂″ Steel Balls
All items less charges on invoice marked (X), packed.

(3) It is further stipulated and agreed that the market value or price at the time of exportation of all other merchandise not enumerated in paragraphs 1 or 2, and invoiced in the case at bar, at which such or similar merchandise was freely offered for sale for home consumption to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, including the cost of all containers and coverings of whatever nature, and all other costs, charges, and expenses incident to placing the merchandise in condition, packed ready for shipment to the United States, is the entered and appraised unit values, plus 25%, less all invoice trade and cash discounts, less nondutiable charges marked (X) on the invoice, packed.

(4) It is further stipulated and agreed that there was no higher export value for any of the articles at the time of exportation thereof.

(5) It is further agreed that this case may be submitted on the foregoing stipulation.

On the agreed facts I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930 as amended, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are as follows:

| | Sterling per each | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| XLS 7¾ | 214/– less 45% | trade discount, less 2½% cash discount | | | | | | |
| XLS 15 | 1000/– " 37½% | " | " | " | 2½% | " | " |
| MZ 7 | 600/– " 32½% | " | " | " | 2½% | " | " |
| MZ 4½ | 188/6 " 37½% | " | " | " | 2½% | " | " |
| M 2¼ | 54/6 " 40/2½% | " | " | " | 2½% | " | " |
| R 555 LL | 75/3 " 45% | " | " | " | 2½% | " | " |
| R 575 LL | 156/6 " 45% | " | " | " | 2½% | " | " |
| XW 8½ | 167/– " 35% | " | " | " | 2½% | " | " |
| W 9 | 433/3 " 30% | " | " | " | 2½% | " | " |
| W 2⅜ | 23/9 " 52½% | " | " | " | 2½% | " | " |
| W 2⅞ | 27/9 " 52½% | " | " | " | 2½% | " | " |
| LS 29 | 617/3 " 30% | " | " | " | 2½% | " | " |
| LS 30 | 724/9 " 30% | " | " | " | 2½% | " | " |
| LS 27½ | 449/– " 30% | " | " | " | 2½% | " | " |
| XLS 17 | 1400/– " 35% | " | " | " | 2½% | " | " |

All above items less charges on invoice marked (X), packed.

W 1⅛ Spec. Selected Bearings  
X W 4 " " "  
MW 2 " " "  
W 1¾ " " "  
W 1⅝ " " "  
112 CD Bearings  
LTW 15 Bearings less sleeve, nut, distance piece and end covers  
125 CD Bearings  
W 1161 Special made bearings  
H 656 " " "  
L 566 " " "  
NR 35 Bearings with special 2 m/m radius on OD  
³⁄₃₂″ Steel Balls

appraised values

As to all other items covered by the involved invoice, the appraised unit values, plus 25 per centum, less all invoice trade and cash discounts, less nondutiable charges marked (X) on the invoice, packed. Judgment will be rendered accordingly.